"1. Did the Appellate Court properly determine that General Statutes §§ 52-72 and 52-46a did not deprive the court of subject matter jurisdiction?

"2. Did the Appellate Court properly determine that the defendants waived any challenge to a lack of in personam jurisdiction?"

The Supreme Court docket number is SC 18763.

*Thomas E. Crosby,* in support of the petition.

Decided March 23, 2011

---

STATE OF CONNECTICUT *v.* TRAVIS DOUGLAS

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 192 (AC 31146), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Glenn W. Falk,* special public defender, in support of the petition.

*Nancy L. Walker,* special deputy assistant state's attorney, in opposition.

Decided March 23, 2011

---

STATE OF CONNECTICUT *v.* WILLIAM L.

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 472 (AC 31383), is denied.

NORCOTT and HARPER, Js., did not participate in the consideration of or decision on this petition.

*Elizabeth M. Inkster,* senior assistant public defender, in support of the petition.